1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
                 Plaintiff,

        v.

EUGENE SMITH,
                 Defendant.

NO.   CR25-053-JHC

ORDER TO FILE UNDER SEAL

        Defendant's motion to file under seal the *ex parte* declaration of counsel in support

of the defendant's motion to withdraw and appoint substitute counsel, Dkt. # 57, is granted.

Dated this 2nd day of June, 2025.

_____
John H. Chun
United States District Court Judge

ORDER TO FILE UNDER SEAL *Unites States
v. Eugene Smith*, CR25-053-JHC